In the Matter of the Application of JOHN E. O'NEILL for Admission to the Bar (From the District of Columbia.) — Application granted. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

BAYSIDE WEST THEATRES, INC., Appellant, v. MARIO B. SIBILIA, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

FREDERICK WILLIAM BERLIN, Respondent, v. META KOCH BERLIN, Appellant. — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

STANLEY BOGART, Respondent, v. JAMES J. WALKER, Mayor of the City of New York, and Others, Appellants.— Motion granted; order of April 27, 1932, modified to the extent of staying operation of injunction order herein until July 1, 1932, with reference to the operation of buses in the borough of Manhattan mentioned in the complaint. Present — Lazansky, P. J., Kapper, Hagarty and Davis, JJ.; Carswell, J., not voting. [See *ante*, pp. 804, 815.]

CHARLES BOSSIE, Respondent, v. MUTUAL LUMBER COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

ADELLA BROOKINS, Respondent, v. H. E. HECHT, Appellant, and RAY HIRSCH, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

ROGER E. BROOKINS, Respondent, v. H. E. HECHT, Appellant, and RAY HIRSCH, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

SARAH BURTON, Respondent, v. LOUIS SYROP, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

THE COMPOUND AND PYRONO DOOR COMPANY, Appellant, v. LOUIS KEIL, Respondent, and A. PASQUINI, INC., and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

ALOYSIUS R. GAFNEY, Appellant, v. NICHOLAS J. ESCHENBRENNER and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

ANNA B. HOTALING, Appellant, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.